IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEPE SANDOVAL SALEZ LOPEZ, )<br>INDIVIDUALLY, AND ON BEHALF OF )<br>ALL OTHER SIMILARLY SITUATED )<br>EMPLOYEES, )<br>   ) <br>   Plaintiff )<br>   )<br>v. )<br>   )<br>KOLL GROUP CORP. t/a THAI PLACE, )<br>   )<br>   Defendant. ) | CASE NUMBER: 1:05CV01129<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE: Labor/ERISA<br>          (non-employment) |

## ANSWER

KOLL GROUP CORP., t/a THAI PLACE, by counsel, respectfully represents the following in answer to the Plaintiff's Complaint:

With respect to the numbered paragraphs of Plaintiff's Complaint:

1. The Defendant lacks sufficient information to admit or deny.

2. The Defendant admits the allegations made in this paragraph.

3. The allegations contained in this paragraph require no response as they are conclusions of law and not statements of fact.

4. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

5. The Defendant admits the allegations of this paragraph.

6. The Defendant generally admits the allegations of this paragraph. Defendant does not agree with the specific dates used in paragraph 6.

7. The Defendant denies the allegations of this paragraph.

8. The Defendant admits that Plaintiff's pay increased while he worked at the

Restaurant.  The Defendant denies the remaining allegations of this paragraph.

9. The Defendant denies the allegations of this paragraph.

## COUNT 1
## OVERTIME VIOLATION OF FAIR LABOR STANDARDS ACT

10. The allegations of this paragraph require no response.

11. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

12. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

13. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

14. The Defendants deny the allegations of this paragraph.

15. The Defendants deny the allegations of this paragraph.

16. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

## COUNT II
## VIOLATION OF THE D.C. WAGE & HOUR LAW

17. The allegations of this paragraph require no response.

18. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

19. The Defendant denies the allegations of this paragraph.

20. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

21. The allegations of this paragraph require no response.

22. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

23. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

24. The allegations of this paragraph require no response as they are conclusions of law and not statements of fact.

25. The Defendant denies the allegations of this paragraph.

26. The allegations contained in this paragraph require no response as they are conclusions of law and not statements of fact.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrines of laches and unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrines of waiver and release.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's recovery is barred by his failure to mitigate any damages claimed.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrines of accord and satisfaction, payment, release and waiver.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the doctrines of fraud and illegality.

## NINTH AFFIRMATIVE DEFENSE

Anything not specifically admitted is hereby denied.

WHEREFORE, the Defendant, KOLL GROUP CORP. t/a THAI PLACE, respectfully requests that the Plaintiff's Complaint be dismissed, that the Defendant be awarded the costs and fees incurred in defending this Complaint; and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

**MARGOLIUS, MALLIOS & RIDER, LLP**

\_\_\_\_/s/_____
Nat N. Polito, # 453365
1828 L Street, NW
Suite 500
Washington, D.C., 20036
(202) 296-1000
*Counsel for Defendant:Koll Group Corp. t/a Thai Place*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2005, a copy of the foregoing was sent by first-class mail postage prepaid to:

Neil R. Lebowitz, Esquire
Law Office of Neil R. Lebowitz, LLC
10320 Little Patuxent Pkwy., Suite 1200
Columbia, Maryland 21044

_____/s/_____

Nat N. Polito