IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEPE SANDOVAL SALEZ LOPEZ    *

     Plaintiff    *

v.    *    Case No.: 1:05CV01129 (CKK)

KOLL GROUP CORP t/a THAI PLACE *

     Defendant    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MEET AND CONFER REPORT**

Plaintiff and Defendant (hereinafter "Parties"), by and through their undersigned counsel, and pursuant to LCvR 16.3, hereby submit their Joint Meet and Confer Report:

1.    The above-captioned case involves Plaintiff's claims for unpaid overtime wages under the Fair Labor Standards Act and D.C. law. Plaintiff worked at Defendant's restaurant, known as Thai Place. The Court has jurisdiction over this matter pursuant to 29 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1367 (supplemental jurisdiction).

2.    16.3(c)(1): At this stage, the Parties do not believe that the case will be disposed of by dispositive motion. No dispositive motions have been filed by the Parties as of this date.

3.    16.3(c)(2): The Parties agree that the date by which any other party shall be joined or the pleadings amended is 30 days after the September 12, 2005 Initial Scheduling Conference. The Parties further state that none of the factual or legal issues can be agreed upon or narrowed at this time.

4. 16.3(c)(3): The Parties consent to this case being assigned to a magistrate judge for all purposes, including trial.

5. 16.3(c)(4) & (5): The Parties believe that there is a possibility of reaching a settlement in this case. The Parties further believe that the case would benefit from ADR before the completion of discovery.

6. 16.3(c)(6): The Parties desire the following filing schedule: dispositive motions due 30 days after the close of discovery; oppositions to dispositive motions due 20 days thereafter; and replies to oppositions to dispositive motions due 15 days after the date for filing oppositions. The Parties' proposed date for a decision on these motions is 30 days after all briefs are filed.

7. 16.3(c)(7): The Parties stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. 16.3(c)(8): The Parties believe that 120 days will be needed for discovery. The Parties agree that the limits on discovery set forth in the Federal Rules of Civil Procedure and Local Rules should apply, unless the Court orders otherwise. The Parties agree that Requests for Admissions will be due by the close of discovery.

9. 16.3(c)(9): The Parties agree to the expert disclosure requirements of Fed. R. Civ. P. 26(a)(2), but do not believe that any such experts will be needed.

10. 16.3(c)(10): The Parties agree that this subsection is not applicable.

11. 16.3(c)(11): The Parties agree that this subsection is not applicable.

12. 16.3(c)(12): The Parties agree that the pretrial conference should be scheduled for 30 days, or less, after the Court's ruling on any motion for summary

judgment, or, in the event that no summary judgment motion is filed, within 60 days after the close of discovery.

13.    16.3(c)(13):  The Parties agree that the Court should set a firm trial date at the forthcoming Pretrial Conference.

>Respectfully submitted,
>
>_____/s/_____
>Neil R. Lebowitz, Bar No.: 483746
>Law Office of Neil R. Lebowitz, LLC
>10320 Little Patuxent Parkway, Suite 1200
>Columbia, Maryland 21044
>800-730-8411
>Counsel for Plaintiff
>
>_____/s/_____
>Nat N. Polito, Bar No.: 453365
>Sheldon Noel, Bar No.: 478910
>Margolius, Mallios & Rider, LLP
>1828 L Street, N.W., Suite 500
>Washington, D.C. 20036
>202-296-1000
>Counsel for Defendant