UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PEPE SANDOVAL SALEZ LOPEZ** :
:
    Plaintiff, :
:
v. : Civil Action No. **05cv1129**
:
**KOLL GROUP CORP t/a THAI PLACE** :
:
    Defendant. :

## ORDER

Pursuant to the parties' Joint Report of Local Rule 16.3 Meeting, the above-captioned case has been referred to Magistrate Judge Alan Kay for <u>all purposes</u>, including trial. The parties are to contact Magistrate Judge Alan Kay's chambers to schedule further proceedings.

Accordingly, it is this ____ day of September, 2005

**ORDERED** that above-captioned case has been referred to Magistrate Judge Alan Kay for <u>all purposes</u>, including trial; and it is

**FURTHER ORDERED** that the previously scheduled Initial Scheduling Conference set for September 12, 2005, is hereby vacated.

                                                      /s/
                                **COLLEEN KOLLAR-KOTELLY**
                                **United States District Judge**

CC:     Magistrate Judge Alan Kay
           [Counsel for Plaintiff and Defendant notified via ECF]