UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEPE SANDOVAL SALEZ LOPEZ, individually and on behalf of all other similarly situated employees,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KOLL GROUP CORP., t/a THAI PALACE,<br><br>　　　　Defendant. | Civil Action No. 05-1129 (AK) |

**MEMORANDUM ORDER**

The parties having consented to this case being handled by the undersigned magistrate judge, and having indicated that this case should be referred for mediation, it is this 24th day of October, 2005, hereby

**ORDERED**:

1. This case is referred for mediation.

2. The parties shall attend the meeting with the mediator.

3. If the case settles in whole or in part, the parties shall advise the court of the settlement by an appropriate filing.

4. The mediation efforts should be concluded by December 22, 2005, at which time the parties are to notify magistrate Judge Kay's chambers and, if necessary, schedule a telephonic status conference with magistrate Judge Kay.

The clerk of the court is directed to furnish a copy of this order, together with a copy of

the court docket sheet, to the circuit executive for the purpose of assigning a mediator.

                                                     _____/s/_____
                                                     ALAN KAY
                                                     UNITED STATES MAGISTRATE JUDGE

Case 1:05-cv-01129-AK    Document 7    Filed 10/24/2005    Page 2 of 2