UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEPE SANDOVAL SALEZ LOPEZ, individually and on behalf of all other similarly situated employees,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KOLL GROUP CORP., t/a THAI PALACE<br><br>　　　　　　　　Defendant. | Civil Action No. 05-1129 (AK) |

**SCHEDULING ORDER**

Upon consideration of the parties' meet and confer statement and following a telephone conversation with chambers regarding the same,

It is this _24th_ day of October 2005,

**ORDERED** that the parties will comply with the following schedule:

1. The deadline for joining any additional parties or amending the pleadings shall be December 9, 2005.

2. Discovery shall close on February 8, 2006. Requests for Admissions are due by close of discovery.

3. Dispositive motions must be filed by March 10, 2006. Oppositions shall be due March 30, 2006, with replies due April 14, 2006.

4. The pretrial conference is set for Thursday, June 1, 2006 at 2:00 P.M.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1