IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEPE SANDOVAL SALEZ LOPEZ | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 05-1129 (AK) |
| KOLL GROUP CORP. t/a THAI PLACE | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION OF VOLUNTARY DISMISSAL**

The parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby agree and stipulate that the above-captioned case should be dismissed by the Court with prejudice.

Respectfully submitted,


| /s/ | /s/ |
|---|---|
| Neil R. Lebowitz, Bar No.: 483746 | Nat N. Polito, Bar No.: 453365 |
| Law Office of Neil R. Lebowitz, LLC | Margolius, Mallios & Rider, LLP |
| 10440 Little Patuxent Pkwy., Suite 570 | 1828 L Street, N.W., Suite 500 |
| Columbia, Maryland 21044 | Washington, D.C. 20036 |
| 800-730-8411 | 202-296-1000 |
| Counsel for Plaintiff | Counsel for Defendant |


SO ORDERED:


_____        _____
Date                                                                    Alan Kay, United States Magistrate Judge